IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JOSEPH LEE JONES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FRANK BISIGNANO, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> _____) | CIVIL ACTION <br><br> No. 25-4031-JWL |

**MEMORANDUM AND ORDER**

Before the court is Plaintiff's "Response" (Doc. 44) to the court's January 8, 2026, Memorandum and Order affirming the Commissioner's final decision in Plaintiff's case as it relates to past due benefits. (Doc. 42). In his Response (deemed a Motion for an Order), Plaintiff alleges the agency has instructed his representative payee not to provide Plaintiff with any proceeds of his previously paid past due benefits while he remains confined. (Doc. 44). Plaintiff asks the court to order his representative payee to send him money for hygiene, stamps, food and other incidentals, and to order the Social Security Administration to tell the representative payee to allow him access to money from his bank account. Id. 2.

Plaintiff's representative payee was not a party to Plaintiff's claim for judicial review in this case and access to past due benefits already in the hands of the

representative payee was not an issue presented to the court in either Plaintiff's Complaint or Plaintiff's Amended Complaint.  Therefore, it is too late to implead another defendant or to raise additional issues after the case has been litigated and judgment has been entered.   This case is over, and the matter is closed.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for an Order ("Response," Doc. 44) is DENIED.

Dated February 11, 2026, at Kansas City, Kansas.

s:/  John W. Lungstrum          _
**John W. Lungstrum**
**United States District Judge**